IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR96 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| BRETT D. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Presentence Investigation Report and Addendum ("PSR"). The parties did not file objections to the PSR. The Defendant has filed a Motion requesting a two (2) level variance (Filing No. 21). Defense counsel expressed objections to the Probation Office with respect to identifying information contained in the PSR on page 3 and to Paragraphs #9, #12 and #37. The objections were addressed in the PSR Addendum and defense counsel did not pursue the objections. See Order on Sentencing Schedule, ¶ 6 (Filing No. 18). The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Court intends to adopt the PSR at the time of sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

 3. Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final;

 4. The Defendant's Motion requesting a two (2) level variance (Filing No. 21) will be heard at sentencing; and

 5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

 DATED this 27th day of August, 2014.

       BY THE COURT:

       s/Laurie Smith Camp
       Chief United States District Judge

2